**ADAMS, J.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **NICHOLAS C. GEORGALIS,** | **CASE NO. 5:04CV1739** |
| **Plaintiff,** | |
| | **JUDGE JOHN R. ADAMS** |
| **v.** | |
| | **DISMISSAL ORDER** |
| **CISCO SYSTEMS, INC.,** | |
| **Defendant.** | |

In accordance with the Court's March 2, 2005 Order, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

| | |
|---|---|
| March 16, 2005 | */s/ John R. Adams* |
| Date | John R. Adams |
| | U.S. District Judge |